IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES YOUNG, | : | |
| *On behalf of himself and similarly situated employees*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| TRI COUNTY SECURITY AGENCY, INC., | : | No. 13-5971 |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **7th** day of **May, 2014**, upon consideration of the Class Action Settlement Agreement ("Settlement Agreement"), Plaintiff's Unopposed Motion for Final Approval of the Class Action Settlement, Plaintiff's accompanying memorandum of law, the representations and presentations of counsel during the May 6, 2014 fairness hearing, and all other papers and proceedings herein, it is hereby **ORDERED** that:

1. The motion (Document No. 10) is **GRANTED**.

2. The Court certifies the following class: "All Security Guards employed by Defendant within its Entertainment Division during any workweek between October 9, 2010 and October 28, 2013."

3. The Court approves the notice used in this litigation.

4. This class action settlement is **APPROVED** pursuant to Federal Rule of Civil Procedure 23(e).

5. The Court also approves the enhancement award of $2,000.00 to Named Plaintiff James Young.

6. Pursuant to Federal Rule of Civil Procedure 23(h), the Court approves the

payment of $15,000.00 to Class Counsel pursuant to the terms of the Settlement Agreement to compensate Class Counsel Winebrake & Santillo, LLC for its combined attorneys' fees and litigation expenses. Specifically, the Court finds the $849.93 attributable to litigation expenses to be reasonable and necessary to the pursuit of this action. With respect to the $14,150.07 attributable to attorney's fees, the Court finds such fees to be reasonable.

7. This action is **DISMISSED WITH PREJUDICE**, although the Court shall retain jurisdiction over the interpretation, enforcement, and implementation of the Settlement Agreement and this Order.

BY THE COURT:

_____
**Berle M. Schiller, J.**